AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Omarr Daron Boone<br><br>*Defendant(s)* | Case No.<br>3:21-mj-00024 |



FILED
MAR 30 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 9, 2021__ in the county of __Cabell__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Sgt. Steve Maniskas
Printed name and title

Sworn to before me and signed by reliable electronic means.

Date: March 30, 2021

_____
Judge's signature

City and state: Huntington, West Virginia

Cheryl A. Eifert, United States Magistrate Judge
Printed name and title